**Order entered October 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00131-CR

### JEREMY DALE WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80583-2017**

## ORDER

Appellant, who was convicted of sexual assault of a child younger than seventeen years of age, filed his brief on October 1, 2018. In the brief, he uses the name of the victim when quoting the record. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and any other child under the age of eighteen either generically ("victim" or "complaining witness") or by initials only throughout the entire brief, including sections quoted from the record.

We **DIRECT** the Clerk to send copies of this order to Jeremy Rosenthal and the Collin County District Attorney's Office.

/s/    CRAIG STODDART
       JUSTICE